1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| LEE CHARLES JASPER, | Case No. 1:22-cv-00838-BAK (SAB) (HC) |
| Petitioner, | ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |
| v. | |
| LANDON BIRD, | |
| Respondent. | |

12
13
14
15
16

17    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

18  pursuant to 28 U.S.C. § 2254.

19    When a state prisoner files a habeas petition in a state that contains two or more federal

20  judicial districts, the petition may be filed in either the judicial district in which the petitioner is

21  presently confined or the judicial district in which he was convicted and sentenced. See 28

22  U.S.C. § 2241(d); Rumsfeld v. Padilla, 542 U.S. 426, 442 (2004) (quoting Carbo v. United

23  States, 364 U.S. 611, 618 (1961)). Petitions challenging the execution of a sentence are

24  preferably heard in the district where the inmate is confined. See Dunne v. Henman, 875 F.2d

25  244, 249 (9th Cir. 1989). Petitions challenging convictions or sentences are preferably heard in

26  the district of conviction. See Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968). Section

27  2241 further states that, rather than dismissing an improperly filed action, a district court, "in the

28  exercise of its discretion and in furtherance of justice[,] may transfer" the habeas petition to

1

another federal district for hearing and determination. Id.; see also 28 U.S.C. § 1404(a) (court may transfer any civil action "to any other district or division where it might have been brought" for convenience of parties or "in the interest of justice").

Here, Petitioner's claims relate to his conviction and sentence that occurred in the Shasta County Superior Court, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. See Local Rule 120(d). Therefore, venue is proper in the Sacramento Division. Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court, may, on the court's own motion, be transferred to the proper venue within the District. Therefore, this action will be transferred to the Sacramento Division.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is transferred to the Sacramento Division of the United States District Court for the Eastern District of California.

2. All future filings shall reference the new Sacramento case number assigned and shall be filed at:

United States District Court
Eastern District of California
501 "I" Street, Suite 4-200
Sacramento, CA 95814

IT IS SO ORDERED.

Dated:   __July 12, 2022__

UNITED STATES MAGISTRATE JUDGE