IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEE CHARLES JASPER,** | Case No. 2:22-cv-1226 KJM DB P |
| Petitioner, | **ORDER** |
| v. | |
| **LANDON BIRD, Warden,** | |
| Respondent. | |

   Petitioner raises issues regarding the state court denial of claims regarding trial counsel. A record of the sealed March 27, 2018 hearing on that complaint (ECF No. 13-3, Reporter's Supplemental Transcript on Appeal at 9-23) is not before this Court. It appears possible that this transcript may be relevant and helpful for the court to consider in reviewing the decision of the state court

   Accordingly, the court will request that respondent shall transmit complete copies to the court. In doing so the court makes no finding as to whether it is appropriate for the court to consider these transcripts. 28 U.S.C. § 2254(d)(2); See <u>Cullen v. Pinholster</u>, 563 U.S. 170 (2011).

////

////

////

Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's request for order (ECF No. 14) is granted;
2. Respondent shall forthwith ask the California Court of Appeal to transmit a copy of the transcript of that hearing to this Court, for filing under seal;
3. Following receipt of the transcripts, parties are permitted to file motions to have transcripts unsealed or stipulate to their unsealing if they choose to do so; and
4. All pending deadlines are vacated pending the receipt of the sealed transcripts. The court will reset the deadline following receipt of the requested transcripts.

Dated: October 3, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Habeas/Routine/jasp1226.sealed_transcript