UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE CHARLES JASPER,<br><br>  Petitioner,<br><br>  v.<br><br>LANDON BIRD,<br><br>  Respondent. | No. 2:22-cv-01226 KJM DB P<br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 18, 2023, respondent filed a Motion for Disclosure of State Court Marsden Hearing Transcript. (ECF No. 18.) Petitioner has not filed an opposition, a statement of non-opposition, or sought additional time to file a response to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file an opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion…."

As such, the court will direct petitioner to file an opposition, statement of non-opposition, or show cause in writing why the motion to dismiss should not be granted. Petitioner is advised that failure to file a response to the motion for disclosure may result in an order granting that motion.

////

////

1

Respondent has also requested that the court reset the deadline for respondent to file a response in this matter so that the pending motion to unseal the transcript may first be resolved. Good cause appearing, the court will grant respondent's request for an extension of the deadline to file a response.[1]

In accordance with the above and good cause appearing, IT IS HEREBY ORDERED that:

1. Within twenty (20) days of the date of service of this order petitioner shall file and serve an opposition to the Motion for Disclosure of State Court Marsden Hearing Transcript, file and serve a statement of non-opposition, or show cause in writing why the failure to file opposition should not be considered a waiver of opposition to granting the motion.

2. Respondent's request for extension of time (ECF No. 18) is granted. Respondent will have until June 19, 2023 to file a response to the petition.

Dated: March 20, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Habeas/R/jasp1226.osc.msj

---

[1] Respondent initially requested an extension of time based on when respondent received the requested transcript. As the court has not yet ruled on respondent's motion for disclosure of the state court transcripts, respondent will instead be granted a ninety-day extension of time from the date of this order. Respondent may still request additional extensions of time if necessary.