UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE CHARLES JASPER,<br><br>　　　　Petitioner,<br><br>　v.<br><br>LANDON BIRD,<br><br>　　　　Respondent. | No. 2:22-cv-01226 KJM DB P<br><br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 4, 2022, the court granted respondent's request to ask the California Court of Appeal to transmit a copy of the transcript of petitioner's March 27, 2018 Marsden hearing to the court for filing under seal. (ECF No. 15.) The transcript was then filed under seal. (ECF No. 17.) Respondent filed a motion for disclosure of the transcript and to reset the briefing schedule, and plaintiff filed a statement of non-opposition to respondent's request. (ECF Nos. 18, 21.) Presently before the court is respondent's motion for a sixty-day extension of time and amended request for disclosure of the transcript. (ECF Nos. 23, 24.)

////

////

////

////

////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to unseal the transcript filed at ECF No. 17.
2. Respondent is directed to file a response to petitioner's habeas petition within sixty days from the date of service of this order.
3. If the response to the habeas petition is an answer, petitioner's traverse, if any, shall be filed and served within thirty days after service of the answer.
4. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fourteen days thereafter.

Dated:  June 21, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE