UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE CHARLES JASPER, | No. 2:22-cv-1226 KJM DB P |
| Petitioner, | |
| v. | ORDER |
| LANDON BIRD, Warden, | |
| Respondent. | |

Respondent filed an answer to the petition for writ of habeas corpus on August 18, 2023. (ECF No. 27.) Subsequently, petitioner's document styled as "Request for Order Modification of Sentence" was entered on the docket on September 8, 2023. (ECF No. 30.) The court construes petitioner's request entered on September 8, 2023, as a traverse replying to respondent's answer. (See ECF No. 31 [referring to letter of opposition to respondent's answer].) The matter is fully briefed, and the court will issue findings and recommendations in due course.

Petitioner has also requested the appointment of counsel. (ECF No. 22, 28.) There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find the interests of justice would be served by the appointment of counsel at the present time.

////

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Petitioner's requests for appointment of counsel (ECF Nos. 22, 28) are denied without prejudice; and

2. The court construes petitioner's document styled as "Request for Order of Modification of Sentence" (ECF No. 30) as petitioner's timely filed traverse.

Dated: January 18, 2024

/s/ Deborah Barnes

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
jasp1226.110